IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

United States Court of Appeals
Fifth Circuit

**FILED**
January 31, 2017

No. 14-11014

D.C. Docket No. 3:11-CV-1659

Lyle W. Cayce
Clerk

RALPH S. JANVEY, in his capacity as Court-Appointed Receiver for the Stanford International Bank, Limited, et al,

    Plaintiff - Appellee

v.

JUAN ALBERTO RINCON,

    Defendant - Appellant

Appeal from the United States District Court for the
Northern District of Texas, Dallas

Before HIGGINBOTHAM, OWEN, and ELROD, Circuit Judges.

J U D G M E N T

This cause was considered on the record on appeal and was argued by counsel.

It is ordered and adjudged that the judgment of the District Court is affirmed.

IT IS FURTHER ORDERED that each party bear its own costs on appeal.

PATRICK E. HIGGINBOTHAM, Circuit Judge, concurring.



**Certified as a true copy and issued
as the mandate on Mar 16, 2017**

**Attest:**

**Clerk, U.S. Court of Appeals, Fifth Circuit**